**ROUTH CRABTREE OLSEN, PS**
EDWARD T. WEBER, ESQUIRE, #194963
JONATHAN J. DAMEN, ESQUIRE, #251869
RENEE M. PARKER, ESQUIRE, #256851
KRISTI M. WELLS, ESQUIRE, #276865
1241 E. Dyer Road, Suite 250
Santa Ana, CA 92705
714-382-6422 / Fax (714) 277-4899
RCO# 7523.33610
Attorney for Creditor
OneWest Bank FSB

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF CALIFORNIA

In Re:

Diane Joan Beall

Debtor.

No. 11-14303-LT7

Chapter 7

REQUEST FOR SPECIAL NOTICE

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, OneWest Bank FSB requests that all notice given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Schedules and any amended Schedules, Dismissal Order, and Discharge Order), be given to and served upon the undersigned at the following address and telephone number. This notice can in no way be construed as a grant of authority from Creditor to counsel to accept service on behalf of Creditor or otherwise waive in any way the right of Creditor to the full rights of service as may be accorded under local and federal rules.

> Renee M. Parker
> Routh Crabtree Olsen, PS
> 1241 E. Dyer Road
> Suite 250
> Santa Ana, CA 92705
> PH 714-382-6422

Dated: 11/1/11

Routh Crabtree Olsen, PS

By: /s/Renee M. Parker
Attorneys for Creditor

1

## **PROOF OF SERVICE**

I declare: I am employed in the County of Orange, State of California. I am over the age of eighteen (18) years. My business address is 1241 E. Dyer Road, Suite 250, Santa Ana, California, 92705. On the date stated below, I served within **Request for Special Notice** on interested parties in this action by placing a true copy thereof enclosed in a sealed envelope via postage pre-paid, regular first class mail and/or electronic service as follows:

**SERVICE VIA U.S. MAIL:**
Diane Joan Beall
243 South Escondido Blvd. #125
Escondido, CA 92025

Nancy L. Wolf
P.O. Box 420448
San Diego, CA 92142

**ELECTRONIC SERVICE:**
US Trustee (SD)
ustp.region15@usdoj.gov

Service was made on November 2, 2011 at Santa Ana, California. I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

By: /s/ Justina Lavayen